DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GLENN SCHAEFFER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2888

————————————————

November 14, 2025

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.